IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LONNY BRISTOW, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05cv165 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| SANDY CRAWFORD, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on March 25, 2005(Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 13, 2005, hereby ADOPTS said Report and Recommendations.

IT IS ORDERED THAT plaintiff's motion for issuance of a temporary restraining order and/or preliminary injunction (Doc. 3) is hereby DENIED.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge