IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LONNY BRISTOW, :
:
       Plaintiff(s) :
: Case Number: 1:05cv165
vs. :
: District Judge Susan J. Dlott
SANDY CRAWFORD, et al, :
:
       Defendant(s) :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on September 2, 2005(Doc. 44), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 19, 2005, hereby ADOPTS said Report and Recommendations.

The Court ORDERS that Defendants' motions for judgment on the pleadings (Doc. 40) and to stay discovery (Doc. 41) be DENIED.

IT IS SO ORDERED.

                                                              s/Susan J. Dlott
                                                              Susan J. Dlott
                                                              United States District Judge